IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| D.C. and G.K., Individually and as Guardian Ad Litem of S.K., an incompetent minor,<br><br>     Plaintiff(s),<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>     Defendant(s). | CV 05-00562ACK- BMK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on May 8, 2007 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of The Special Master Regarding Plaintiffs' Motion For Award of Attorneys' Fees and Costs" is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 4, 2007.



_____
Alan C. Kay
Sr. United States District Judge